Keshawnn Nicole GREEN

v.

STATE

CR-13-0832

Court of Criminal Appeals of Alabama.

02/06/2015

Reh. denied

A.J. FAIN, Jr.

v.

STATE

CR-13-0851

Court of Criminal Appeals of Alabama.

02/06/2015

Reh. denied

Pat Maurice BROWN and Trayon Omar Washington

v.

STATE

CR-13-0873

Court of Criminal Appeals of Alabama.

01/30/2015

Reh. denied 02/20/2015

Affirmed

Everett Clayton MAYLIN, Jr.

v.

STATE

CR-13-0900

Court of Criminal Appeals of Alabama.

01/30/2015

Reh. denied 03/27/2015

Affirmed